**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6742

RICCARDO DARNELL JONES,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA, Buncombe County
Judicial System District 28,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Senior
District Judge. (1:06-cv-00096)

Submitted: June 22, 2006                    Decided: July 3, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Riccardo Darnell Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Riccardo Darnell Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. State of North Carolina, No. 1:06-cv-00096 (W.D.N.C. Mar. 30, 2006). We deny Jones' motions to appoint counsel, to subpoena Leann Melton and Todd Lentz, and to authorize preparation of transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED